**COLLECTOR OF REVENUE, City of St. Louis, Missouri, Appellant,**

v.

**PARCELS OF LAND ENCUMBERED WITH DELINQUENT TAX LIENS, Tax Suit No. 121, Respondent.**

No. ED 89840.

Missouri Court of Appeals, Eastern District, Division Two.

Jan. 22, 2008.

**Rodney FRANKS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 89393.

Missouri Court of Appeals, Eastern District, Division Two.

Jan. 22, 2008.

Lisa M. Stroup, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joshua N. Corman, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., BOOKER T. SHAW and KURT S. ODENWALD, JJ.

## ORDER

PER CURIAM.

Rodney D. Franks appeals the motion court's denial of his Rule 24.035 motion for post-conviction relief. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm the judgment. Rule 84.16(b)(2).